# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAAYE PERSON-LYNN,<br>    Plaintiff,<br><br>           v.<br><br>COUNTY OF SAN<br>BERNARDINO, et al.,<br>    Defendant. | CV 20-11578 DSF (ASx)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL AND ORDER VACATING PRETRIAL AND TRIAL DATES |

    Plaintiff has not filed a proposed pretrial conference statement or jury instructions in violation of the Court's Order Jury Trial. The pretrial conference and trial dates are vacated.

    Plaintiff is ordered to show cause on April 1, 2023 at 3:00 p.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders. Plaintiff may show cause by submitting a proposed pretrial conference order and jury instructions[1] no later than March 25, 2023. If Plaintiff submits documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on April 1, 2023 at 3:00 p.m. If Plaintiff fails to submit such

---

[1] Plaintiff need not submit jury instructions if the parties stipulate to a bench trial.

documents and fails to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

Mandatory paper copies of all documents are to be submitted to chambers.

IT IS SO ORDERED.

Date: February 23, 2023

_____
Dale S. Fischer
United States District Judge