JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAAYE PERSON-LYNN,<br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN<br>BERNARDINO, et al.,<br>    Defendants. | 2:20-cv-11578-DSF-AS<br><br>JUDGMENT |

The case having been tried before a jury and the jury having rendered its verdict,

IT IS ORDERED AND ADJUDGED that Defendant Paul Barrie pay damages in the amount of $770,500 to Plaintiff Jaaye Person-Lynn. Plaintiff is to recover his costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and recover his attorney's fees as determined through a separate motion.

Date:  July 10, 2026

_____
Dale S. Fischer
United States District Judge